## RECONSIDERATION DOCKET

**93–904.**   State ex rel. Levin v. Sheffield Lake.   *Lorain County,* No. 91CA005225.   Reported at 70 Ohio St.3d 104, 637 N.E.2d 319.   On motion for reconsideration.   Motion denied.

**94–11 and 94–153.**   Howard v. Catholic Social Serv. of Cuyahoga Cty., Inc.   *Cuyahoga County,* No. 66594.   Reported at 70 Ohio St.3d 141, 637 N.E.2d 890.   On motion for reconsideration.   Motion denied.